JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JERRY REYNOLDS, <br> Petitioner, <br> v. <br> THE PEOPLE OF THE STATE OF CALIFORNIA, <br> Respondent. | No. ED CV 17-00935-PSG (DFM) <br><br> JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed without prejudice.

Dated: 11/3/17

PHILIP S. GUTIERREZ
United States District Judge